IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 624-006 |
| | * | |
| JAMES ALLEN PONDER | * | |

**O R D E R**

Presently before the Court is Defendant James Allen Ponder's motion for time-served credit toward the computation of his federal sentence by the Bureau of Prisons ("BOP"). More specifically, he claims that the BOP has not given him credit against his federal sentence for the time he spent in state custody under a federal writ prior to his sentencing hearing.

A judicial challenge to the BOP's length of sentence determinations must be brought under 28 U.S.C. § 2241 in the district of the defendant's confinement. See <u>Rumsfield v. Padilla</u>, 542 U.S. 426, 447 (2004) ("Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement."); <u>Fernandez v. United States</u>, 941 F.2d 1488, 1495 (11th Cir. 1991). Here, Defendant is incarcerated in the District of South Carolina. Accordingly, this Court is without authority to consider Defendant's motion.

Upon the foregoing, Defendant's motion for credit for time served (doc. 44) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___14th___ day of January, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA